```
Type of Work:       Visual Material

Registration Number / Date:
                    VAu001390990 / 2020-01-23

Application Title:  Design for police department emblem.

Title:              Design for police department emblem.

Description:        Electronic file (eService)

Copyright Claimant:
                    Louis M. Kohus.

Date of Creation:   2015

Authorship on Application:
                    Louis M. Kohus; Domicile: United States; Citizenship:
                      United States. Authorship: Illustrations.

Pre-existing Material:
                    Official flag of the State of Ohio;  Official flag of USA;
                      The word, POLICE;  The words GOSHEN TOWNSHIP Est. 1819.

Copyright Note:     C.O. correspondence.

Names:              Kohus, Louis M.

================================================================================
```

**EXHIBIT B**