**EXHIBIT C**

STATE OF OHIO )
) SS:
COUNTY OF Clermont )

I, Rick W. Combs, being duly cautioned and sworn according to law, hereby state as follows:

1. I am over the age of 18 and am competent to testify to the matters set forth herein by virtue of my personal knowledge.

2. From December 2014 to February 2016, I served as the Chief of Police for Goshen Township in Clermont County, Ohio.

3. On or about February 11, 2015, I contacted Louis M. Kohus ("Mr. Kohus") and requested his assistance in designing a new police patch ("Patch") for the Goshen Township Police Department ("Department").

4. I contacted Mr. Kohus because I knew he had expertise in patch design.

5. I expected that Mr. Kohus would be compensated for the work he performed with respect to the Patch.

6. From February 11, 2015 to June 9, 2015, Mr. Kohus designed several versions of the Patch, conducted research into the Patch design, and worked with the manufacturer of the Patch to deliver a completed product to the Department.

7. It is my understanding that Mr. Kohus has never been compensated for the work that he performed for the Department with respect to the Patch.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Rick W. Combs

Sworn to before me and subscribed in my presence this 10th day of April, 2019.

_____
Notary Public

JULIA BERNARD CARNEY
Attorney At Law
Notary Public, State of Ohio
My commission has no expiration date
Sec. 147.03 R.C.

My commission expires: No expiration
per RC 147.03