# EXHIBIT D













